Robert C. Bowman Jr. (SBN: 232388)
Tonya J. Hernandez (SBN: 264627)
THE LAW OFFICE OF BOWMAN AND ASSOCIATES
A Professional Corporation
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
T: 916.923.2800
F: 916.923.2828
E: thernandez@bowmanandassoc.com

Attorneys for Debtor
CELIA VARGAS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CELIA VARGAS, <br><br> Debtor | CASE NO.: 2010-39925 <br> Chapter 7 <br><br> Judge: Christopher M. Klein <br> Date: August 24, 2010 <br> Time: 9:30 a.m. <br><br> MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE BANKRUPTCY ESTATE |

DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON ASSETS OF BUSINESS: LEARNING LAND DAYCARE.

Debtor hereby moves the Court for an order to compel the trustee to abandon the assets of property of the estate consisting of the business and assets of the same known as LEARNING LAND DAYCARE.

This motion is made pursuant to 11 U.S.C. 554(b), FRBP 6007(b) and LBR9014-1. This motion is based upon these moving papers, the Debtor's supporting declaration, and other such oral or documentary evidence as may be adduced at hearing on this motion.

LEARNING LAND DAYCARE is a service business, wherein the Debtor provides child care from her primary residence. Debtor maintains current liability insurance for LEARNING LAND DAYCARE. A true and correct copy of Debtor's liability insurance is attached as Exhibit A.

The basis of the motion is that LEARNING LAND DAYCARE is of inconsequential value and burdensome to the estate. The assets of the business are minimal, consisting of children's toys, art supplies and snacks listed in Schedule B and fully exempted in Schedule C of the petition. A true and correct copy of Schedule B is attached as Exhibit B and a true and correct copy of Schedule C is attached as Exhibit C. The income generated by Learning Land Daycare is derived primarily from Debtor's personal service and skills.

Moving party believes that the granting of this motion will be in the best interests of the bankruptcy estate, and will not cause undue hardship upon the creditors.

WHEREFORE:

Debtor prays the Court grant the motion, and order the trustee to abandon the estate's interest in the business and equipment, known as LEARNING LAND DAYCARE.

Dated:            Respectfully Submitted,

THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation

By: _____Tonya J. Hernandez_____
Tonya J. Hernandez (SBN: 264627)
Attorney for Debtor, CELIA VARGAS

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833

"EXHIBIT A"

# CHILD CARE PROVIDERS POLICY

Policy No. DCH  R  CA  2627078

TOPA INSURANCE COMPANY
Los Angeles, California 90067

1. Named Insured and Address

CELIA DEL TORO VARGAS
8 CASA DEL ESTE CT
SACRAMENTO CA 95828

Program Administrator:
Day Care Insurance Services, Inc.
16601 Ventura Blvd., Suite 500
Encino, CA 91436-1921
(818) 905 0311   (800) 624 0912

## DECLARATIONS

2. Policy Period: From 03-11-10 To 03-11-11

12:01 A.M. Standard Time at the address of the Named Insured as shown in Item 1 above

ASSOCIATION/ORGANIZATION            CA ASSOCIATION FOR FAMILY CHIL
COVERED ADDRESS                     8 CASA DEL ESTE CT, SACRAMENTO, CA 95828

Coverage and Limits of Liability: The limit of liability against each of the following coverages shall be stated herein, subject to all terms and conditions of this policy:

3. Coverage:                                          Limit of Liability:

   (a) Child Care Provider Liability:                 $ 300,000.00
       Aggregate                                      $ 100,000.00
       Each Occurrence
   (b) Child Abuse Liability:                         $ 100,000.00
       Aggregate                                      $ 100,000.00
       Each Occurrence                                $ 300,000.00
   (c) General Aggregate Limit:                       $

4. Premium Schedule:                                  Premium

   Liability                                          $ 414.00

   Child Care Child Auto                              $ Not Covered
   Passenger Liability

   Additional Insured                                 $ $50.00

   Non-Owned Auto Liability                           $ Not Covered

   Fully Earned Policy Fee                            $ 50.00

   Taxes and Fees                                     $ 0.00

   Total Premium and Fees                             $ 514.00
              BEANSTALK

5. Additional Insured:

6. Additional Insured – Landlord:

7. Forms Attached at Issue:   CC002-0607   CC006-0607   DCH001-0607   TIC-002-07-04
                              TIXP-TW01-
   02-26-10

                                                                    DC Insurance Services, Inc.
Issue Date                    Countersignature Date                 Agent
                              ORIGINAL

# "EXHIBIT B"

B6B (Official Form 6B) (12/07)

In re **Celia Del Toro Vargas**, Case No. **2010-39925**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Golden One Checking<br>Account #4536 | - | 600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room furniture: Sofa, coffee table, television.<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 500.00 |
| | | Dining room furniture: Dining table, chairs.<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 100.00 |
| | | Bedroom furniture: Bed, dresser, nightstand<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 200.00 |
| | | Kitchen furnishings: Small appliances, dishes, silverware.<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 100.00 |
| | | Home office furniture: Computer, desk, file cabinet.<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | - | 60.00 |
| | | LEARNING LAND DAYCARE: Chilren's toys, art supplies, snacks | - | 200.00 |

Sub-Total > **1,765.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Celia Del Toro Vargas** , Case No. **2010-39925**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | николаевNONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men's, women's and baby clothing.** **Location: 8 Casa Del Este Court, Sacramento CA 95828** | - | 300.00 |
| 7. Furs and jewelry. | | **Bracelets, earrings, watch, rings.** **Location: 8 Casa Del Este Court, Sacramento CA 95828** | - | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total > **1,100.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Celia Del Toro Vargas**                          Case No. __2010-39925__
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Nissan Maxima** **145,000 miles** **Location: 8 Casa Del Este Court, Sacramento CA 95828** | - | 2,425.00 |

Sub-Total >         **2,425.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Celia Del Toro Vargas** , Case No. **2010-39925**

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1997 Chevy Astrovan** **160,000 miles** **Location: 8 Casa Del Este Court, Sacramento CA 95828** | - | 1,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total > 1,750.00
(Total of this page)
Total > 7,040.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

"EXHIBIT C"

B6C (Official Form 6C) (4/10)

In re **Celia Del Toro Vargas**, Case No. **2010-39925**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Timeshare with Consolidated Resorts 1 week every even year | C.C.P. § 703.140(b)(5) | 9,000.00 | 9,000.00 |
| **Cash on Hand** | | | |
| Cash on hand Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(5) | 5.00 | 5.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Golden One Checking Account #4536 | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| Living Room furniture: Sofa, coffee table, television. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Dining room furniture: Dining table, chairs. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Bedroom furniture: Bed, dresser, nightstand Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| Kitchen furnishings: Small appliances, dishes, silverware. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Home office furniture: Computer, desk, file cabinet. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 60.00 | 60.00 |
| LEARNING LAND DAYCARE: Chilren's toys, art supplies, snacks | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Men's, women's and baby clothing. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Bracelets, earrings, watch, rings. Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(4) | 800.00 | 800.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Celia Del Toro Vargas**  Case No. **2010-39925**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Nissan Maxima<br>145,000 miles<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(2) | 2,425.00 | 2,425.00 |
| 1997 Chevy Astrovan<br>160,000 miles<br>Location: 8 Casa Del Este Court, Sacramento CA 95828 | C.C.P. § 703.140(b)(5) | 1,750.00 | 1,750.00 |
| | Total: | 16,040.00 | 16,040.00 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt